**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RODNEY JOHNSTON,

       Plaintiff,

v.                                          CASE NO. 05-72695
                                          HON. LAWRENCE P. ZATKOFF

MOORE AND CARTER COMPANY, INC.,

       Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

      Plaintiff filed its Complaint on July 7, 2005. Plaintiff's Complaint contains the following four counts:

      Count I      Age Discrimination – Age Discrimination in Employment Act
      Count II     Age Discrimination – Elliot Larsen Civil Rights Act
      Count III    Gender Discrimination – Title VII
      Count IV    Sex Discrimination – Elliot Larsen Civil Rights Act

      The Court has subject matter jurisdiction over Plaintiff's federal claims (Counts I and III), because they arise under federal law. *See* 28 U.S.C. § 1331. Counts II and IV, however, are based upon state law. Although the Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *See* 28 U.S.C. § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claims for relief will result in the undue confusion of the jury. *See* 28 U.S.C. § 1367(c)(4); *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state law claims of Age Discrimination (Count II), and Sex Discrimination (Count IV) are hereby DISMISSED without prejudice. The Court retains jurisdiction over Plaintiff's federal claims of Age Discrimination (Count I) and Gender Discrimination (Count III).

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: October 4, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 4, 2005.

s/Marie E. Verlinde
Case Manager
(810) 984-3290